**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: February 20, 2026

Doron Kramer
7093 Autumn Hill Drive
West Bloomfield, MI 48323

Re: Case No. 26-1190
*USA v. Doron Kramer, et al*
Originating Case No. 2:24-cv-10822

Dear Sir or Madam,

This appeal has been docketed as case number **26-1190** with the caption that is enclosed on a separate page. Please review the caption for accuracy and notify the Clerk's office if any corrections should be made. The appellate case number and caption must appear on all filings submitted to the Court.

As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed. Copies are no longer necessary. **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**. You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

Opposing counsel will docket pleadings as an ECF filer. Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it. The following case opening items are due by **March 6, 2026**. The Disclosure of Corporate Affiliations is now an automated entry. Filers may still use the form 6CA-1 located on the Court's website if the automated entry does not provide sufficient space.

Appellee: Appearance of Counsel
Disclosure of Corporate Affiliation
Application for Admission to 6th Circuit Bar (if applicable)

The Clerk's office cannot give you legal advice but if you have questions, please contact the office for assistance.

Sincerely yours,

s/Kelly Stephens

Appeal Case Manager: Roy
Direct Dial No. 513-564-7016

cc: Mr. David N. Asmar
Mr. Daniel M. Caves

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-1190**

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DORON KRAMER, individually, as Trustee of the Kramer Christian Trust and as defacto personal representative and/or potential heir and/or distributee of the Estate of Richard Kramer, aka Donald Kramer

Defendant - Appellant

OAKLAND COUNTY TREASURER; STATE OF MICHIGAN

Defendants - Appellees