UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: 26-1190

Case Title: USA vs. Doron Kramer, et al.

List all clients you represent in this appeal:

United States of America

☐ Appellant ☑ Appellee ☐ Petitioner ☐ Respondent ☐ Amicus Curiae ☐ Intervenor ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: Richard L. Parker (lead-counsel) Signature: s/ Richard L. Parker

Firm Name: U.S. Department of Justice, Civil Division, Tax Litigation Branch

Business Address: Post Office Box 502

City/State/Zip: Washington, D.C. 20044

Telephone Number (Area Code): (202) 307-3684

Email Address: richard.l.parker@usdoj.gov; appellate.taxcivil@usdoj.gov

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March 2026, I electronically filed the foregoing appearance form with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system. I further certify that on this 3rd day of March 2026, a copy of the appearance has been mailed to the appellant appearing *pro se*, to the address as follows:

Doron Kramer
7093 Autumn Hill Drive
West Bloomfield, MI 48323

/s/ Richard L. Parker
RICHARD L. PARKER
Attorney